UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong     GENERAL COURT NUMBER
CLERK OF COURT     415-522-2000

March 12, 2019

Jaron Brignac
16450 Palomino Pl, No. 204
Santa Clarita, CA 91387

Re:     Jaron Brignac v. Yelp Inc.

Case Number: 19-cv-01188-SK

Dear Counsel/Parties:

    At filing, this matter was randomly assigned to United States Magistrate Judge Sallie Kim for all purposes including trial. A hearing has been scheduled for **April 29, 2019 at 9:30 AM**. Pursuant to 28 U.S.C. section 636, the magistrate judge cannot decide this motion unless all parties consent to proceed before Judge Sallie Kim.

    A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by **March 22, 2019.** Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

Susan Y. Soong

Clerk, United States District Court

_____
Melinda K. Lozenski, Deputy Clerk to the
Honorable SALLIE KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON BRIGNAC,<br><br>        Plaintiff,<br><br>   v.<br><br>YELP INC.,<br><br>        Defendant. | Case No.19-cv-01188-SK<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter.  Sign this form below your selection.

(  )  **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.  I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

(  )  **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:                                                      NAME:
                                                                         COUNSEL FOR:
                                                                         (OR "PRO SE:)

_____

Signature

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JARON BRIGNAC,

        Plaintiff,

   v.

YELP INC.,

        Defendant.

Case No. 19-cv-01188-SK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jaron Brignac
16450 Palomino Pl, No. 204
Santa Clarita, CA 91387

Dated: March 12, 2019

        Susan Y. Soong
        Clerk, United States District Court

        By:_____
        Melinda K. Lozenski, Deputy Clerk to the
        Honorable SALLIE KIM

3