FILED

MAR 21 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JARON BRIGNAC,

    Plaintiff,

v.

YELP INC.,

    Defendant.

Case No. 19-cv-01188-SK

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily <u>consent</u> to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

(✓) **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I <u>decline</u> to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: 03/19/2019

NAME: Jaron Brignac
COUNSEL FOR: Plaintiff in Pro se
(OR "PRO SE:)

_____
Signature

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Santa Clarita, California: my business address is 16450 Palomino PL 204, Canyon Country, California 91387.

On the March 19, 2019 I served a copy of the foregoing documents entitled

**PLAINTIFF'S DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

On the interested parties in said case as follows:

BRIAN A. SUTHERLAND (SBN 248486)
BSUTHERLAND@REEDSMITH.COM
REED SMITH LLP
101 SECOND STREET, SUITE 1800
SAN FRANCISCO, CA 94105-3659

The above parties were served electronically via email upon verified stipulation within the emails. I hereby certify that I filed the foregoing with the United States District Court, Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made. This declaration is executed in Pasadena, California on March 19, 2019.

Jaron Brignac

---

1

**PLAINTIFF'S DECLINATION TO MAGISTRATE JUDGE JURISDICTION**