UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON BRIGNAC,<br><br>             Plaintiff,<br><br>    v.<br><br>YELP INC.,<br><br>             Defendant. | Case No. 19-cv-01188-EMC<br><br>NOTICE RE: NON-COMPLIANCE WITH COURT ORDER |

The parties have failed to file an ADR Certification as required by the Initial Case Management Scheduling Order.  Counsel shall comply promptly with the requirements of ADR L.R. 3-5(b) and shall file the ADR Certification.

Dated: April 19, 2019



Claudia M. Forehand
ADR Program Manager
Claudia_Forehand@cand.uscourts.gov
415-522-2059

**PROOF OF SERVICE**

Case Name: Brignac v. Yelp Inc.

Case Number: 19-cv-01188-EMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

ADR Program
United States District Court
Norther District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

On 4/19/2019, I served a true and correct copy of:

    Notice Re: Non-Compliance with Court Order

[ ] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:
[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[X] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

Jaron Brignac
16450 Palomino Pl, No. 204
Santa Clarita, CA 91387

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 4/19/2019 in San Francisco, California.

SUSAN Y. SOONG
Clerk

by:

*C. Forehand* (signature)
_____

Claudia M. Forehand
ADR Program Manager
Claudia_Forehand@cand.uscourts.gov
415-522-2059