Jaron Brignac
16450 Palomino PL, 204
Santa Clarita, CA 91387
Office Phone: (818) 738-9861

Pro Per,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>    Plaintiff,<br>    vs.<br><br>YELP, INC.; A California Corporation,<br>1-10, INCLUSIVE,<br><br>    Defendants. | Case No.: 2:19-cv-01188-EMC<br><br>**[PROPOSOED]ORDER** |

1

**[PROPOSOED]ORDER**

Application for a Temporary Restraining Order came on for hearing on _____ 2019, in Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

The Court, after considering the papers filed in support of Plaintiffs' Application, argument of counsel and good cause appearing thereof hereby GRANTS Plaintiffs' Application for the issuance of a temporary restraining order.

## ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** That Defendants, YELP, INC., and their respective agents, employees, representative, attorneys and all persons acting at their discretion, under their control, or in concert or conspiracy with them appear before this Court located at Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, on _____, 2019, at _____m in Courtroom 5, and show cause why an Order should not issue restraining the following acts:

1) Retaliating against Plaintiff and Plaintiff's witnesses, and business associates;

2) engaging in racketeering activities aimed to harm Plaintiff, and or Plaintiff's business

**IT IS FURTHER ORDERED** that:

Service of this Order must be by _____ with proof of service being filed with the Court on the date of hearing.

Opposition shall be filed and served no later than _____ m on _____, 2019.

2

**[PROPOSOED]ORDER**

Reply papers shall be filed and served no later than _____ m on _____, 2019.

Service of Opposition and Reply papers may be served via mail, facsimile, or by personal service in the manner most likely to effectuate timely receipt.

DATE: _____

BY: _____
UNITED STATES DISTRICT JUDGE

**[PROPOSOED]ORDER**

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. My business address is 16450 Palomino PL 204, Canyon Country, California 91387.

On the May 03, 2019 I served a copy of the foregoing documents entitled

**[PROPOSOED]ORDER**

On the interested parties in said case as follows:

BRIAN A. SUTHERLAND (SBN 248486)
BSUTHERLAND@REEDSMITH.COM
REED SMITH LLP
101 SECOND STREET, SUITE 1800
SAN FRANCISCO, CA 94105-3659

The above parties were served electronically via email upon verified stipulation within the emails.  I hereby certify that I  filed the foregoing with the United States District Court, Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Los Angeles, California on May 3, 2019.

          /s/ Jaron Brignac
          Jaron Brignac

**[PROPOSOED]ORDER**