Jaron Brignac
16450 Palomino PL, 204
Santa Clarita, CA 91387
Office Phone: (818) 738-9861
Fax: (818) 698-6492

Pro Per,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>       Plaintiff,<br>    vs.<br><br>YELP, INC.; A California Corporation,<br>1-10, INCLUSIVE,<br><br><br>      Defendants. | Case No.: 2:19-cv-01188-EMC<br><br>[PROPOSED] ORDER |

**REQUEST FOR PLAINTIFF TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS AND CASE MANAGEMENT HEARING SET FOR MAY 09,2019; [PROPOSED] ORDER**

1
2        The Court has considered the Motion for Permission for Plaintiff to
3    appear telephonically. Motion is DENIED.
4
5    IT IS SO ORDERED.
6
7
8    DATED: __May 6, 2019_____          _____
9                                        Edward M. Chen
10                                       United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REQUEST FOR PLAINTIFF TO APPEAR TELEPHONICALLY AT MOTION TO
DISMISS AND CASE MANAGEMENT HEARING SET FOR MAY 09,2019;
[PROPOSED] ORDER**