Jaron Brignac
16450 Palomino PL, 204
Santa Clarita, CA 91387
Office Phone: (818) 738-9861
Fax (562) 286-8343

Pro Per,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>YELP, INC.; A California Corporation,<br>1-10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-01188-EMC<br><br>**DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]** |

**DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]**

I, JARON BRIGNAC, declare as follows:

I am a party the above entitled action herein.

1. That all the facts set forth below are of my own personal knowledge and, if called upon to testify in this matter, I could and would competently testify to the facts set forth herein.

2. As of today, on May 06, 2019, I was in court at Santa Monica, California assisting with filing a civil complaint between 1pm and 3:30pm. I was not able to gather the documents specifically requested by the courts in a timely fashion.

3. I immediately contacted my support team for my website known as Jeff at (800) 600-0949. Jeff assured me that the users who visited my website with their IP addresses will be delivered to me but he is not authorized to deliver it to me and he gave me the contact information of their outside staff who is authorized to deliver the IP addresses I need to match with the San Francisco User.

4. Regarding, the State Bar Complaint, I am being told it was filed anonymously, by someone alleging that my social media, and website is holding myself out as an attorney. Yelp is stationed in San Francisco and a user from San Francisco has sifted through my website continuously since the filing of my complaint. The user from San Francisco visits the same pages that my State bar Complaint revolves around, and used verbiage from that same website to fit into their false comprehension of me holding myself out as an attorney.

**DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]**

5. I only need until tomorrow to submit the requested information over to the court as I cannot submit such evidence now due to the shortage of my time to file a response that I learned of 30 to 45 minutes ago.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on this 6th day of May 2019 in Los Angeles California.

    /s/Jaron Brignac
Jaron Brignac
Declarant

**DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. My business address is 16450 Palomino PL 204, Canyon Country, California 91387.

On the May 06, 2019 I served a copy of the foregoing documents entitled

**DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]**

On the interested parties in said case as follows:

BRIAN A. SUTHERLAND (SBN 248486)
BSUTHERLAND@REEDSMITH.COM
REED SMITH LLP
101 SECOND STREET, SUITE 1800
SAN FRANCISCO, CA 94105-3659

The above parties were served electronically via email upon verified stipulation within the emails. I hereby certify that I filed the foregoing with the United States District Court, Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Los Angeles, California on May 6, 2019.

                                          /s/Jaron Brignac
                                          Jaron Brignac

**DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]**