Jaron Brignac
16450 Palomino PL, 204
Santa Clarita, CA 91387
Office Phone: (818) 738-9861
Fax (562) 286-8343

Pro Per,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>YELP, INC.; A California Corporation,<br>1-10, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-01188-EMC<br><br>**SUPPLEMENTAL DECLARATION IN SUPPORT OF JARON BRIGNAC'S DECLARATION IN RESPONSE TO COURT'S ORDER [DOC#53]**<br><br>Date: May 09, 2019<br>Time: 1:30 p.m.<br>Place:　Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.<br>Judge: Hon. Edward M. Chen |

**SUPPLEMENTAL REPLY AND DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]**

I, JARON BRIGNAC, declare as follows:

I am a party the above entitled action herein.

1. That all the facts set forth below are of my own personal knowledge and, if called upon to testify in this matter, I could and would competently testify to the facts set forth herein.

2. One of the website trackers I use on my webpage is known as Google Analytics.

3. To use Google Analytics, I embedded an html code provided by Google Analytics into each page of my website. The html code is hidden and not visible to online users. **(See Exhibit 1)**

4. It's there for Google Analytics to collect data such as the user location, user behavior, pages the user visit, how long the user is on the page, the network domain of the user, all for the purpose of allowing me to analyze my users that visit my website daily so that I can see how to turn such users into potential clients by converting them into clients based upon what interest them most bout my website. Therefore, if a user commonly on my blog site, it will be suggested that I create more blogs to draw in more traffic.

5. Upon reviewing my Google Analytics page, the data I retrieved reflects a user visiting my website from San Francisco beginning October 2018. The Google Analytics data goes even further to reflect the name of the network domain user, which is identified as Yelpcorp.com. **(See Exhibit 2)**

**SUPPLEMENTAL REPLY AND DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]**

6. Upon reviewing the data report, it reflects that Yelpcorp.com has visited my website pages more than 37 times from October of 2018 until May of 2019.

7. website also has a live chat session, which reports the location of the user during the live session, but unfortunately doesn't save the session location. This is data I am awaiting to retrieve from my website provider.

8. Google analytics is used to track the website activity of the users such as session duration, pages per session, bounce rate etc. along with the information on the source of the traffic.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on this 6th day of May 2019 in Los Angeles California.

        /s/Jaron Brignac
        Jaron Brignac
        Declarant

**SUPPLEMENTAL REPLY AND DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]**

# EXHIBIT 1

# Set up the Analytics tag

In this article:

- Basic instructions
- Verify that the tag is working
- Related resource

## Basic instructions

1. If you have not already done so, create a property in Google Analytics. Create one Analytics property for each website you want to collect data for. Creating a property generates a Google Analytics ID, which you'll use in your gtag.js installation.
2. Find your Google Analytics ID, as described below. You'll use this Google Analytics ID in your setup.
3. Copy and paste the global site tag to each web page you want to measure. Add the tag right after the opening `<head>` tag on each page.

### Find your Google Analytics ID

To find the Google Analytics ID:

1. Sign in to your Analytics account.
2. Click **Admin**.
3. Select an account from the menu in the *ACCOUNT* column.
4. Select a property from the menu in the *PROPERTY* column.
5. Under *PROPERTY*, click **Tracking Info > Tracking Code**. Your Google Analytics ID is displayed at the top of the page.

### The global site tag

Paste the tag right after the `<head>` tag on each page of your site. Replace `GA_MEASUREMENT_ID` with your own Google Analytics Google Analytics ID:

```
<!-- Global Site Tag (gtag.js) - Google Analytics -->
<script async src="https://www.googletagmanager.com/gtag/js?id=GA_MEASUREMENT_ID"></script>
<script>
  window.dataLayer = window.dataLayer || [];
  function gtag(){dataLayer.push(arguments);}
```

```
  gtag('js', new Date());

  gtag('config', 'GA_MEASUREMENT_ID');
</script>
```

## Verify that the tag is working

To verify that the tag is working, visit your website and check to see that your visit is being registered in the Real-Time reports.

## Related resource

gtag.js Developer Guide

Was this article helpful?

Yes    No

## Set up (web)

- Set up the Analytics tag
- Check your tag setup
- Cross domain measurement with gtag.js
- Measure outbound links with gtag.js
- Google Analytics Events with gtag.js
- Ecommerce with gtag.js
- Content Groups with gtag.js
- Frequently asked questions (gtag.js)
- Common tag setup mistakes
- Troubleshoot tag setup and no-data issues




# EXHIBIT 2



https://www.bpcs-law.com
All Web Site Data

Go to report

## Location

ALL » COUNTRY: United States » REGION: California » CITY: San Francisco

Oct 1, 2018 - May 5, 2019

**All Users**
9.79% Sessions

**Explorer**

Summary



| Network Domain | Acquisition | | | Behavior | | | Conversions | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sessions | % New Sessions | New Users | Bounce Rate | Pages / Session | Avg. Session Duration | Goal Conversion Rate | Goal Completions | Goal Value |
| | **37**<br>% of Total: 9.79% (378) | **18.92%**<br>Avg for View: 64.02% (-70.45%) | **7**<br>% of Total: 2.89% (242) | **86.49%**<br>Avg for View: 88.89% (-2.70%) | **1.22**<br>Avg for View: 1.34 (-8.96%) | **00:01:38**<br>Avg for View: 00:01:14 (32.22%) | **0.00%**<br>Avg for View: 0.00% (0.00%) | **0**<br>% of Total: 0.00% (0) | **$0.00**<br>% of Total: 0.00% ($0.00) |
| 1. yelpcorp.com | **37** (100.00%) | 18.92% | **7** (100.00%) | 86.49% | 1.22 | 00:01:38 | 0.00% | 0 (0.00%) | $0.00 (0.00%) |

Rows 1 - 1 of 1

© 2019 Google

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. My business address is 16450 Palomino PL 204, Canyon Country, California 91387.

On the May 06, 2019 I served a copy of the foregoing documents entitled

**SUPPLEMENTAL DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]**

On the interested parties in said case as follows:

BRIAN A. SUTHERLAND (SBN 248486)
BSUTHERLAND@REEDSMITH.COM
REED SMITH LLP
101 SECOND STREET, SUITE 1800
SAN FRANCISCO, CA 94105-3659

The above parties were served electronically via email upon verified stipulation within the emails. I hereby certify that I filed the foregoing with the United States District Court, Northern District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed in Los Angeles, California on May 6, 2019.

/s/Jaron Brignac
Jaron Brignac

**SUPPLEMENTAL REPLY AND DECLARATION OF JARON BRIGNAC IN RESPONSE TO COURT ORDER [DOC#53]**