Brian A. Sutherland (SBN 248486)
bsutherland@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile:  (415) 391-8269

Attorneys for Defendant Yelp Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JARON BRIGNAC, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>YELP, INC., a California Corporation, 1-10 INCLUSIVE,<br><br>            Defendants. | Case No. 3:19-cv-01188- EMC<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105. On May 7, 2019, I served the following documents by the method indicated below:

**YELP INC.'S RESPONSE TO PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

☑ by causing the documents listed above to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☑ by transmitting via email to the parties at the email addresses listed below, in accordance with the parties' agreement to accept service by email:

> Jaron Brignac
> 16450 Palomino PL, 204
> Santa Clarita, CA 91387
> Tel:  (818) 738-9861
> Fax: (818) 698-6492
> Email: bpcslaw@gmail.com

I declare under penalty of perjury that the above is true and correct.  Executed on May 7 2019, at San Francisco, California.

        /s/ Brian A. Sutherland
        Brian A. Sutherland