# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 9, 2019  **Time:** 4:02 – 4:45 = 43 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 19-cv-01188-EMC  **Case Name:** Brignac v. Yelp Inc.

**Plaintiff, Pro Se:** Jaron Brignac (Court Call)
**Attorney for Defendant:** Brian Sutherland

**Deputy Clerk:** Angella Meuleman  **Court Reporter:** Katherine Sullivan

### PROCEEDINGS

[50] Motion for Temporary Restraining Order - held.

[23] Motion to Dismiss – held.

Initial Case Management Conference – not held.

### SUMMARY

Parties stated appearances and proffered argument.

The Court denies Temporary Restraining Order and grants Motion to Dismiss with leave to amend in part for reasons as stated on the record. Written order to issue.